UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GEA WESTFALIASURGE, INC.
formerly known as Westfaliasurge Inc ,

        Plaintiff,

     v.                                                                Case No. 08-C-925

LAWRENCE C NEUBAUER and
CONCEPT ELECTRIC INC.,

        Defendants.

**ORDER VACATING FINAL JUDGMENT**

Following the granting of the Defendant's Motion for Summary Judgment in the above matter, the Court directed the clerk to enter Judgment. It has since been brought to the Court's attention that all of the claims have not been adjudicated. Specifically, a counterclaim is still pending in the matter and has not yet been resolved.

Based upon the foregoing, the Court hereby **VACATES** the Judgment previously entered in this matter.

**SO ORDERED** this   24th   day of September, 2010.

                                          s/ William C. Griesbach
                                         William C. Griesbach
                                         United States District Judge